| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 4:17CR25 |
| | § | |
| DAMEON DEON PARKER (1) | § | |

**UNITED STATES DISTRICT COURT**      **EASTERN DISTRICT OF TEXAS**

# MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 21, 2017, the report of the Magistrate Judge [Dkt. 141] was entered containing proposed findings of fact and recommendations that Defendant Dameon Deon Parker's Motion to Suppress Evidence [Dkt. 120] be denied. At hearing before the Magistrate Judge, the Parties agreed to shorten the period for filing any objections to the report of the Magistrate Judge to five days after entry of the report. Such period has now expired, and no objections have been filed by the Parties.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant Dameon Deon Parker's Motion to Suppress Evidence [Dkt. 120] is **DENIED**.

    **IT IS SO ORDERED.**

SIGNED at Plano, Texas, this 27th day of December, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE